**Order filed April 15, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00820-CV

_____

**THE BRANCH LAW FIRM L.L.P AND TURNER W. BRANCH, Appellants**

**V.**

**WILLIAM SHANE OSBORN, Appellee**

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-34395**

# O R D E R

The clerk's record was filed October 2, 2013. Supplemental Clerk's Records were filed on December 4, 2013, and December 16, 2013. Our review has determined that relevant items have been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain documents that were filed under seal.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **April 30, 3014**, containing the following:

1. Plaintiff W. Shane Osborn's Supplemental Response to Defendants' Motion to Compel Arbitration and Stay Proceedings, including Exhibit A, filed under seal July 18, 2013; and

2. Exhibit C to Plaintiff W. Shane Osborn's Motion to Compel Compliance with the Court's Order filed under seal July 17, 2013.

The supplemental clerk's record containing these documents filed under seal shall remain under seal.

PER CURIAM